

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-10-00536-CR

INGRID D. BITTLE                                                                    APPELLANT

V.

THE STATE OF TEXAS                                                                    STATE

----------

FROM COUNTY CRIMINAL COURT NO. 4 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Ingrid D. Bittle attempts to appeal her July 22, 2010 theft conviction, imposed pursuant to a plea agreement. Under Texas Rule of Appellate Procedure 26.2(a), a notice of appeal was due on August 23, 2010. Tex. R. App. P. 26.2(a). Appellant, however, filed her notice of appeal on December 15, 2010. In addition, the trial court's certification of Appellant's right to appeal states that Appellant has waived her right to appeal. *See* Tex. R. App. P. 25.2(a)(2).

---

[1]*See* Tex. R. App. P. 47.4.

On December 30, 2010, we sent Appellant and her attorney a letter advising that we were concerned that we lacked jurisdiction over this appeal and that we would dismiss the appeal for want of jurisdiction unless Appellant or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal by January 10, 2011. Appellant filed a response, but it does not set forth grounds for continuing the appeal. Appellant's attorney did not respond.

A notice of appeal that complies with the requirements of rule 26 is essential to vest this court with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). The court of criminal appeals has expressly held that, without a timely filed notice of appeal or motion for extension of time, we cannot exercise jurisdiction over an appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Slaton*, 981 S.W.2d at 210.

Because the notice of appeal in this case was untimely, we have no basis for jurisdiction over this appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(d), 42.3(a), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: February 10, 2011

2